UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. **8:25-cr-00120-SVW**     Date: **7/7/2025**

Present: The Honorable: **Autumn D. Spaeth, United States Magistrate Judge**

Interpreter _____     Language _____

| Kristee Hopkins | CS 07/07/2025 | Rosalind Wang |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)  ✓ Present  **Released on Bond**     Attorneys for Defendants:  ✓ Present  **DFPD**

Christian Andres Garcia                         M. Bo Griffith

**Proceedings: Arraignment of Defendant and/or**   ✓ **Assignment of Case**     **Appointment of Counsel**
                                                      **Initial Appearance**

\*Defendant is arraigned and states true name is the name on the Class A Information.
\* Defendant is given copy of the Class A Information..
\* Defendant acknowledges having read the Class A Information and discussed it with counsel.
\* Court asks whether the defendant formally waives a detailed reading of the Class A Information and defendant waives reading thereof.
\* Defendant pleads "not guilty" to all counts of the Class A Information.
\* This case is assigned to Judge Stephen V. Wilson.
\* It is ordered that this matter is set for Jury Trial on 8/26/2025 at 9:00 AM.
\* Government counsel provides trial estimate of 2-3 days.
\* The parties are referred to Judge Wilson's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov.
\* Judge Wilson is located in 10A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA    PSAED    ✓ PSASA          Initial Appearance/Appointment of Counsel: _____ : _____
     USMLA    USMED    USMSA                                       Arraignment: _____ : 03
     Statistics Clerk           Interpreter
     CJA Supervising Attorney   Fiscal            Initials of Deputy Clerk: kh

CR-11A                    Criminal Minutes – Arraignment                      Page 1