BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
MARK P. TAKLA
Assistant United States Attorney
Chief, Santa Ana Branch Office
STEPHANIE L. ORRICK (Cal. Bar No. 199251)
Assistant United States Attorney
Orange County Office
    Ronald Reagan Federal Bldg & U.S. Courthouse
    411 West 4th Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3599
    Facsimile:  (714) 338-3561
    E-mail:     stephanie.orrick@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>CHRISTIAN ANDRES GARCIA,<br><br>        Defendant. | No. 8:25-CR-00120-SVW<br><br>[PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**NEW STATUS CONF. 01/12/2026**<br><br>**NEW TRIAL DATE:     01/20/2026** |

    The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on November 13, 2025.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding

of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The status conference is continued to January 12, 2026 at 11:30 a.m. and the trial in this matter is continued from November 18, 2025 to January 20, 2026 at 9:00 a.m.

2. The time period of November 18, 2025 to January 20, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(2).

3. Defendant shall appear in Courtroom 10A of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on January 20, 2026 at 9:00 a.m. for trial.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

November 14, 2025
    DATE                           HONORABLE STEPHEN V. WILSON
                                   UNITED STATES DISTRICT JUDGE

Presented by:
     /s/
STEPHANIE L. ORRICK
Special Assistant United States
Attorney