TODD BLANCHE **JS-3**
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
BENJAMIN D. LICHTMAN (Cal. Bar No. 241135)
Assistant United States Attorney
     United States Courthouse
     411 West 4th Street, Suite 8000
     Santa Ana, California 927012
     Telephone:  (714) 338-3530
     Facsimile:  (714) 338-3561
     E-mail:     benjamin.lichtman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:25-CR-00120-SVW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DISMISSING INFORMATION |
| v. | |
| CHRISTIAN ANDRES GARCIA, | |
| Defendant. | |

Upon application of the United States of America pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court hereby ORDERS that the information in the above-captioned case be dismissed without prejudice, and that the pretrial conference and

//

//

jury trial dates currently set for January 12, 2025, and January 20, 2025, respectively, be **VACATED**.

IT IS SO ORDERED.

 January 7, 2026
 DATE                                    HONORABLE STEPHEN V. WILSON
                                         UNITED STATES DISTRICT JUDGE

Presented by:

     /s/
 BENJAMIN D. LICHTMAN
 Assistant United States Attorney